No. 02–9437. Barnes v. Matrisciano, Acting Warden. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9440. Gross v. Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 02–9449. Trejo v. Candelaria, Warden. C. A. 9th Cir. Certiorari denied.

No. 02–9451. Melbourne v. GMK Enterprises, Inc. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–9458. Limonte v. Florida. C. A. 11th Cir. Certiorari denied.

No. 02–9461. Juarez v. Ramirez-Palmer, Warden. C. A. 9th Cir. Certiorari denied.

No. 02–9463. M. C.-B., Mother v. Iowa Department of Human Services. Ct. App. Iowa. Certiorari denied.

No. 02–9466. Pyeatt v. Doe et al. C. A. 10th Cir. Certiorari denied.

No. 02–9479. Lynch-Bey v. Garraghty, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 02–9483. Acevedo v. Crosby, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 02–9487. Shelton v. Coffman et al. C. A. 8th Cir. Certiorari denied.

No. 02–9490. Rivera v. Briley, Warden. C. A. 7th Cir. Certiorari denied.

No. 02–9491. Spencer v. Michigan. Ct. App. Mich. Certiorari denied.

No. 02–9495. Sokolsky v. Madrid. Ct. App. Cal., 2d App. Dist. Certiorari denied.